Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JAMES LEE BATEY, JR., et al., <br><br> Defendants. | CASE NO. 1:11-cv-00677-LJO-GSA <br><br> ORDER REGHARDING PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING SCHEDULING CONFERENCE |

    Plaintiff J & J Sports Productions, Inc. hereby applies *ex parte* for an order continuing the Scheduling Conference in this action, presently set for Tuesday, August 2, 2011 at 9:30 A.M. to a new date approximately thirty (30) to forty-five (45) days forward.  This request is necessitated by the fact that Plaintiff's counsel has recently perfected service on defendants James Lee Batey, Jr., Maria Fatima Batey a/k/a Maria F. Veredas, Mark Dean Massone, and Theresa Renee Massone  on July 12, 2011.  A true and correct copy of the Proof of Service has been filed with this Honorable Court as docket entry 6 - 9.

    As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendants.  As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Scheduling Conference Statement.

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
SCHEDULING CONFERENCE; AND ORDER (Proposed)
CASE NO. 1:11-cv-00677-LJO-GSA
PAGE PAGE 2

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Scheduling Conference presently scheduled for Tuesday, August 2, 2011 to a new date approximately thirty (30) to forty-five (45) days forward.

                        Respectfully submitted,

Dated: July 25, 2011              */s/ Thomas P. Riley*
                                      **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                        By: Thomas P. Riley
                                        Attorneys for Plaintiff
                                        J & J Sports Productions, Inc.

## ORDER

It is hereby ordered that the Scheduling Conference in civil action number 1:11-cv-00677-LJO-GSA styled *J & J Sports Productions, Inc. v. James Lee Batey, Jr., et al.*, is hereby continued from Tuesday, August 2, 2011, to October 4, 2011, at 10:00 a.m. in Courtroom 10. Plaintiff's counsel may appear by telephone.

Plaintiff shall serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **July 26, 2011**                        **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE