IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC. | CASE NO. CV F 11-0677 LJO BAM |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** (Doc. 24.) |
| vs. | |
| JAMES LEE BATEY, JR., et al. | |
| Defendants. | |

This Court DISMISSES this action on the terms stated in the parties' December 17, 2012 stipulation of dismissal. This Court DIRECTS the clerk to close this action, subject to reopening as necessary to enforce settlement.

IT IS SO ORDERED.

**Dated:   December 18, 2012**            **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE

1